WR-73,484-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/15/2015 9:48:45 AM
Accepted 5/15/2015 9:59:22 AM
ABEL ACOSTA
CLERK

May 15, 2015


Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Texas   78711

**RE**: *Ex parte Neal Hampton Robbins, No. WR-73,484-02*
**CORRECTED LETTER**

Dear Abel:

This letter will confirm that I will present oral argument on behalf of Mr. Robbins on June 3, 2015, in the above-styled and numbered cause.

Pursuant to TEX.R.APP.P. 9.5(d), I have today served all opposing counsel with this document via e-filing.

Sincerely yours,


/s/ **Brian W. Wice**

*BRIAN W. WICE*


BWW:dje

cc: Bill Delmore
    Lisa McMinn